## STATEMENT OF FACTS

On February 9, 2019 at approximately 6:11 a.m., members of the Metropolitan Police Department's 7th District Crime Suppression Team executed a D.C. Superior Court search warrant at xxxx Xxxxxxx Xxxx, XX, Xxxx. X, Washington, DC. Once inside, officers located the defendant, Kevin Fields sleeping in the back bedroom. Recovered from the bedroom was a loaded Glock .45 caliber handgun, a loaded Ruger 9mm handgun, a loaded Intratec AB-10 9mm handgun with the serial numbers obliterated, firearm magazines, razorblades with white powder residue, three digital scales with a white residue, a brown bag with a plastic bag containing white powder substance, a plastic bag containing a white rock-like substance, a white dinner plate with a white powder residue, mail matter in the defendant's name, and a pair blue jeans with $876 in U.S. Currency in the pockets, which the defendant said belonged to him. A portion of the white rock-like substance field tested positive for cocaine base, and weighed approximately 15.87 grams, and a portion of the tan powder substance field tested positive for opiates, and weighed approximately 6.12 grams. The defendant was placed under arrest. After arrest, the defendant told detectives, that everything recovered from the bedroom belonged to him. The defendant has prior convictions in the Superior Court of the District of Columbia for Criminal Case Nos. 2012-CF2-003786 and 2001-FEL-000402. This offense is punishable by imprisonment for more than one year in the District of Columbia. There are no firearms manufacturers located in the District of Columbia.

_____
OFFICER VINCENT ALTIERE
METROPOLITAN POLICE DEPARTMENT
SEVENTH DISTRICT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF FEBRUARY, 2019.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE